```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

RUBY LEE ANDINO,

                Plaintiff,

- against -

CITY VINEYARD LLC, ET AL.,

                Defendants.

23-cv-3995 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by **August 9, 2023**.

SO ORDERED.

Dated:    New York, New York
             July 25, 2023

                                      _____
                                        John G. Koeltl
                                      **United States District Judge**