UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RUBY LEE ANDINO,

                Plaintiff(s)

                                        23 civ 3995 (JGK)

      -against-

CITY VINEYARD LLC,

                Defendant(s).
------------------------------------------------------------X

## ORDER

A scheduling order having been entered and the matter having been referred to mediation,

The conference scheduled for October 10, 2023, at 4:30pm, is canceled.

**SO ORDERED.**

                                                        JOHN G. KOELTL
                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        October 2, 2023